UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARK LABES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　Defendants. | 1:09-cv-01172-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS (DOC. 3)<br><br>INFORMATIONAL ORDER TO PLAINTIFF REGARDING SERVICE |

　　Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　By application filed on July 7, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915(a).

　　The Court will consider whether or not to direct the Clerk to issue the summons and the Marshal to serve the complaint only after the Court has screened the complaint to determine whether

1

1 the case is frivolous or malicious, fails to state a claim upon
2 which relief may be granted, or seeks monetary relief against a
3 defendant who is immune from such relief pursuant to 28 U.S.C. §
4 1915(e)(2). Because of the large number of pending matters before
5 it, the Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

**Dated:   July 16, 2009**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE